USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHMED KADDOUR,

                        Plaintiff,                  06 Civ. 4208 (RMB)

    -against-

GARY SHAW PRODUCTIONS, LLC,

                        Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Pursuant to a letter from Plaintiff dated July 25, 2006 indicating that all of the parties have reached a settlement, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED.**

Dated: July 25, 2006
      New York, New York

                                               _____
                                             **Hon. Richard M. Berman, U.S.D.J.**